FILED
APR 16 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff, </br> v. </br> MARCO ANTONIO NARANJO, </br> Defendant. | 2:12-cr-00146-LKK </br> ORDER RE: REQUEST TO UNSEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Indictment, Petition to Seal, and Order to Seal previously filed in the above-captioned case be and are hereby unsealed.

Date: April 16, 2012

GREGORY G. HOLLOWS
United States Magistrate Judge