```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    MARCO ANTONIO NARANJO
 7

 8
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-12-146 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE TO JUNE 26, |
| v. | ) 2012, AT 9:15 A.M. |
| | ) |
| MARCO ANTONIO NARANJO, | ) Date: May 15, 2012 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Naranjo, that the Court should vacate the status conference scheduled for May 15, 2011, at 9:15 a.m., and reset it for June 26, 2012, at 9:15 a.m.

Defense counsel was just appointed to represent defendant and requires time to obtain and review discovery, to consult with Mr. Naranjo, and to conduct further investigation.

/ / /

STIPULATION AND ORDER          1          CR. S-12-146 LKK

1 | The parties further stipulate that the Court should exclude the
2 | period from the date of this order through June 26, 2012, when it
3 | computes the time within which the trial of the above criminal
4 | prosecution must commence for purposes of the Speedy Trial Act. The
5 | parties stipulate that the ends of justice served by granting Mr.
6 | Naranjo's request for a continuance outweigh the best interest of the
7 | public and Mr. Naranjo in a speedy trial, and that this is an
8 | appropriate exclusion of time for defense preparation within the
9 | meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 9, 2012         Respectfully submitted,

                           DANIEL BRODERICK
                           Federal Defender

                           /s/ M.Petrik
                           _____
                           MICHAEL PETRIK, Jr.
                           Assistant Federal Defender

Dated: May 9, 2012         BENJAMIN B. WAGNER
                           United States Attorney

                           /s/ M.Petrik for
                           _____
                           JILL M. THOMAS
                           Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for June 26, 2012, at 9:15 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded

from the date of this order through June 26, 2012, pursuant to 18
U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: May 10, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT