1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   MARCO ANTONIO NARANJO
7

8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,     ) Case No. CR. S-12-146 LKK
                                 )
13             Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                 ) STATUS CONFERENCE TO JULY 10,
14     v.                        ) 2012, AT 9:15 A.M.
                                 )
15 MARCO ANTONIO NARANJO,        ) Date:  June 26, 2012
                                 ) Time:  9:15 a.m.
16             Defendant.        ) Judge: Hon. Lawrence K. Karlton
   _____ )

17

18      THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant

19 United States Attorney, and Michael Petrik, Jr., attorney for Mr.

20 Naranjo, that the Court should vacate the status conference scheduled

21 for June 26, 2012, at 9:15 a.m., and reset it for July 10, 2012, at

22 9:15 a.m.

23      Defense counsel needs additional time to obtain and review

24 discovery, to consult with Mr. Naranjo, and to conduct further

25 investigation.

26 / / /

27

28 STIPULATION AND ORDER                 1                    CR. S-12-146 LKK

1    The parties further stipulate that the Court should exclude the
2    period from the date of this order through July 10, 2012, when it
3    computes the time within which the trial of the above criminal
4    prosecution must commence for purposes of the Speedy Trial Act.  The
5    parties stipulate that the ends of justice served by granting Mr.
6    Naranjo's request for a continuance outweigh the best interest of the
7    public and Mr. Naranjo in a speedy trial, and that this is an
8    appropriate exclusion of time for defense preparation within the
9    meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: June 7, 2012                  Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M.Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender

Dated: June 7, 2012                  BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for
                                     _____
                                     JILL M. THOMAS
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference is reset for July 10, 2012, at 9:15 a.m.  The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded

1 | from the date of this order through July 10, 2012, pursuant to 18
2 | U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: June 7, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT