1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No. 12-146 LKK
                                  )
11            Plaintiff,          ) ORDER
                                  )
12     v.                         ) Date:  July 10, 2012
                                  ) Time:  9:15 a.m.
13 MARCO ANTONIO NARANJO,         ) Judge: Hon. Lawrence K. Karlton
                                  )
14            Defendant.          )
   _____)
15

16      This matter came before the Court for status conference on July
17 10, 2012.  The parties agreed to reschedule the status conference on
18 August 28, 2012, at 9:15 a.m.  The parties also agreed to exclude time
19 under the Speedy Trial Act up to and including August 28, 2012,
20 pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for preparation of
21 defense counsel.  Finally, the parties agreed that the ends of justice
22 served by granting the defendant's request for a continuance outweigh
23 the best interest of the public and the defendant in a speedy trial.
24 / / /
25 / / /
26 / / /
27 / / /
28
   ORDER                              1                         12-146 LKK

Good cause appearing therefor,

         **IT IS ORDERED** that this matter is rescheduled for August 28, 2012, at 9:15 a.m.;

         **IT IS FURTHER ORDERED** that the period from July 10, 2012, up to and including August 28, 2012, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

         **THE COURT FINDS** that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:   July 19, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT