```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CR. No. S-12-00146 LKK
                                )
12              Plaintiff,      )  ORDER RE: SCHEDULING STATUS
                                )  CONFERENCE, AND EXCLUDING
13              v.              )  TIME UNDER SPEEDY TRIAL ACT
                                )
14  MARCO ANTONIO NARANJO,      )  DATE: September 5, 2012
                                )  TIME: 9:15 a.m.
15              Defendant.      )  CTRM: Honorable Lawrence K. Karlton
    _____)
16
```

17     On August 28, 2012, the Court held a status conference in this
18 case.  Assistant U.S. Attorney Jill M. Thomas appeared on behalf of
19 plaintiff, United States of America.  Linda Harter, Esq., appeared
20 on behalf of Michael Petrik, Esq., for defendant Marco Antonio
21 Naranjo, who was present and in custody.
22     At the request of the defendant, this Court granted a
23 continuance for a further status conference to September 5, 2012, at
24 9:15 a.m.  The Court further excluded time from August 28, 2012, to,
25 and including, September 5, 2012, from computation of time within
26 which the trial of this matter must be commenced pursuant to Local
27 Code T4.  Ms. Harter requested the continuance for purposes of
28 continuity of counsel.  The parties continue to negotiate as to a

1

disposition in this case.

ACCORDINGLY, it is hereby ordered that the status conference set for August 28, 2012, at 9:15 a.m., be continued to September 5, 2012, at 9:15 a.m., and that the time beginning August 28, 2012, and extending through September 5, 2012, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: September 4, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT