1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   MARCO ANTONIO NARANJO
7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 12-146 LKK
                                    )
14            Plaintiff,            ) STIPULATION AND ORDER CONTINUING
                                    ) STATUS CONFERENCE TO SEPTEMBER
15     v.                           ) 25, 2012, AT 9:15 A.M.
                                    )
16 MARCO ANTONIO NARANJO,           ) Date:  September 5, 2012
                                    ) Time:  9:15 a.m.
17            Defendant.            ) Judge: Hon. Lawrence K. Karlton
   _____    )
18

19      THE PARTIES STIPULATE, through counsel, Jill M. Thomas, Assistant

20 United States Attorney, and Michael Petrik, Jr., attorney for Mr.

21 Naranjo, that the Court should vacate the status conference scheduled

22 for September 5, 2012, at 9:15 a.m., and reset it for September 25,

23 2012, at 9:15 a.m.

24      Defense counsel needs additional time to obtain and review

25 discovery, to consult with Mr. Naranjo, and to conduct further

26 investigation.

27

28 STIPULATION AND ORDER              1                         12-146 LKK

1  The parties further stipulate that the Court should exclude the
2  period from the date of this order through September 25, 2012, when it
3  computes the time within which the trial of the above criminal
4  prosecution must commence for purposes of the Speedy Trial Act. The
5  parties stipulate that the ends of justice served by granting Mr.
6  Naranjo's request for a continuance outweigh the best interest of the
7  public and Mr. Naranjo in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: August 30, 2012            Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender


Dated: August 30, 2012            BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for
                                  _____
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.** The status conference is reset for September 25, 2012, at 9:15 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of

the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through September 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: September 4, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT