1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6  Attorneys for Defendant

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      )  No. 12-146 LKK
                                   )
11               Plaintiff,        )  ORDER
                                   )
12       v.                        )  Date:  September 25, 2012
                                   )  Time:  9:15 a.m.
13  MARCO ANTONIO NARANJO,         )  Judge: Hon. Lawrence K. Karlton
                                   )
14               Defendant.        )
    _____)

15

16       This matter came before the Court for status conference on

17  September 25, 2012.  The parties agreed to reschedule the status

18  conference on October 16, 2012, at 9:15 a.m.  The parties also agreed

19  to exclude time under the Speedy Trial Act up to and including October

20  16, 2012, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, for

21  preparation of defense counsel.  Finally, the parties agreed that the

22  ends of justice served by granting the defendant's request for a

23  continuance outweigh the best interest of the public and the defendant

24  in a speedy trial.

25  / / /

26  / / /

27  / / /

28  [PROPOSED] ORDER                    1                    12-146 LKK

1    Good cause appearing therefor,

2        **IT IS ORDERED** that this matter is rescheduled for October 16,

3    2012, at 9:15 a.m.;

4        **IT IS FURTHER ORDERED** that the period from September 25, 2012, up

5    to and including October 16, 2012, is excluded pursuant to 18 U.S.C. §

6    3161(h)(7), Local Code T4, due to preparation of defense counsel; and,

7        **THE COURT FINDS** that the ends of justice served by granting the

8    defendant's request for a continuance outweigh the best interest of the

9    public and the defendant in a speedy trial.

10   Dated:   September 27, 2012

11

12

13                                    LAWRENCE K. KARLTON
                                      SENIOR JUDGE
14                                    UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [PROPOSED] ORDER                 2                          12-146 LKK